RECEIVED
IN LAKE CHARLES, LA

JAN 17 2007
/PAM/
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| DARRELL JOHNSON | CIVIL ACTION NO. 06-1180-LC |
| VS. | SECTION P |
| FOR HIM MAGAZINE, INC. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 18 day of Dec, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE